Job #  6704066
Ref #  6092886

# Affidavit of Process Server

In the United States District Court for the Southern District of New York
(NAME OF COURT)

| Andrew Prokos | VS | Giggster, Inc., and Does 1-10 | 1:22-cv-01074-VEC |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Sharlene Brooks, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ Giggster, Inc. _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Action; Plaintiff's Complaint for Copyright Infringement with Jury Trial Demanded; Mediation Referral Order (Received Feb 17, 2022 at 11:44am EST)

by leaving with _____ Teresa Grandison, Managing Agent authorized to accept _____
NAME/RELATIONSHIP/TITLE

Service Address: _____ Cogency Global, Inc., Registered Agent 850 New Burton Rd., Suite 201, Dover, DE 19904 _____

| On | Thu, Feb 17 2022 | AT | 02:55 PM |
|---|---|---|---|
| | DATE | | TIME |

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY        STATE        ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☒ **Corporate:** By personally delivering copies to the person named above.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Description:** Age 34 Sex Female Race African American  Height 5'6" Weight 240 Hair Black Beard ____ Glasses ____

Date: February 18, 2022

_____
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State
of Delaware on February 18, 2022 (Date)

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024