UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANDREW PROKOS,

                     Plaintiff,

      -against-

GIGGSTER, INC., and DOES 1-10,

                    Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/12/22

22-CV-1074 (VEC)

ORDER

**VALERIE CAPRONI, District Judge:**

    WHEREAS the Clerk of Court issued a certificate of default as to Defendant Giggster, Inc. on July 29, 2022, *see* Dkt. 21;

    IT IS HEREBY ORDERED that Plaintiff Andrew Prokos must move for default judgment not later than August 16, 2022, or the case will be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

**SO ORDERED.**

Date:  **August 12, 2022**
       **New York, NY**

                                       _____
                                       **VALERIE CAPRONI**
                                       **United States District Judge**