# MEMO ENDORSED

# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)
msteger@steger-law.com
www.steger-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/12/22

August 12, 2022

**VIA ECF**

Honorable Valerie Caproni
United States District Judge
U.S. District Court — Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Prokos v. Giggster, Inc. et al*, 22-CV-01074-VEC

Dear Judge Caproni:

    This firm represents plaintiff Andrew Prokos in this matter. I am writing to request a three-day extension of time to move for default judgment in this matter until August 19, 2022. I request this brief extension of time because of conflicting briefing schedules in other cases.

    Thank you for your consideration of this request.

Sincerely yours,

*/s/ Michael D. Steger*
Michael D. Steger

---

Application GRANTED.

SO ORDERED.

*[signature]*
8/12/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE