**MEMO ENDORSED**

# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)
msteger@steger-law.com
www.steger-law.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/29/22
```

August 29, 2022

**VIA ECF**

Honorable Valerie Caproni
United States District Judge
U.S. District Court — Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Prokos v. Giggster, Inc. et al*, 22-CV-01074-VEC

Dear Judge Caproni:

This firm represents plaintiff Andrew Prokos in this matter. I am writing regarding the order to show cause hearing scheduled for August 30th, at 10am.

I am scheduled to argue a summary judgment tomorrow in a remote proceeding in New York Supreme Court at 11am, and it will be impossible for me to return from the Thurgood Marshall courthouse to my Rockland County office in time for the 11am hearing. Accordingly, I respectfully request that the Court adjourn the hearing to September 1st, 2nd or 7th, or the afternoon of September 6th. Alternatively, I request that the Court convert tomorrow's hearing to a telephonic conference.

At this time, no one has entered an appearance or otherwise responded to the order on behalf of the defendant. I will be filing certificates of service later today.

Thank you for your consideration of this request.

Sincerely yours,

*/s/ Michael D. Steger*
Michael D. Steger

---

Application GRANTED. The show-cause hearing currently scheduled for Tuesday, August 29, 2022, at 10:00 a.m. is hereby ADJOURNED until **Friday, September 30, 2022, at 10:00 a.m.** Plaintiff is ordered to serve this order on Defendant not later than **September 5, 2022**, and to post proof of service on the Docket.
SO ORDERED.

*[signature]*  8/29/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE