USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANDREW PROKOS,

                Plaintiff,

         -against-

GIGGSTER, INC., and DOES 1-10,

                Defendants.
------------------------------------------------------------X

22-CV-1074 (VEC)

**JUDGMENT**

VALERIE CAPRONI, District Judge:

Upon reviewing the Declaration of Michael D. Steger, sworn to on August 19, 2022, the Affidavit of Andrew Prokos, sworn to on August 16, 2022, the Supplemental Declaration of Michael D. Steger, sworn to on September 30, 2022, the complaint, memorandum of points and authorities, exhibits and any other pleadings in this matter;

IT IS HEREBY ADJUDGED AND DECREED that judgment is entered for Plaintiff ANDREW PROKOS and against Defendant GIGGSTER, INC.

IT IS FURTHER ORDERED that Defendant GIGGSTER, INC. pay Plaintiff ANDREW PROKOS damages in the sum of $60,000.00; costs in the sum of $1,005.24; and attorney's fees in the sum of $7,694.00.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully requested to terminate this case.

**SO ORDERED.**

Date: October 3, 2022
      New York, NY

                                      **VALERIE CAPRONI**
                                      **United States District Judge**